Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :   1:06-md-1789 (JFK)
                                                    :
------------------------------------------------------x
*This Document Relates to:*                         :   **NOTICE OF APPEARANCE**
Robert C. Smith                                     :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-4162-JFK                           :
------------------------------------------------------x

      PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: May 27, 2008
      New York, New York                          Respectfully submitted,


                                           By: _____/s/_____
                                               David J. Heubeck

                                               Venable LLP
                                               Two Hopkins Plaza, Suite 1800
                                               Baltimore, Maryland 21201
                                               Tel: (410) 244-7400
                                               Fax: (410) 244-7742
                                               Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                       /s/
               David J. Heubeck

               Venable LLP
               Two Hopkins Plaza, Suite 1800
               Baltimore, Maryland 21201
               Tel:  (410) 244-7400
               Fax:  (410) 244-7742
               Email: djheubeck@venable.com